AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -00597(1) |
| | § |
| (1) Daniel Lares-Salas | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 18, 2022** in **Terrell** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Daniel LARES-Salas, an alien, entered, or was found in the United States at or near Sanderson, TX, after having been denied admission, excluded, deported, or removed from the United States through Del Rio, Tx, Intl Bridge on 12/03/2019, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The defendant, Daniel LARES-Salas, was arrested by Border Patrol Agents, on March 18, 2022 for being an alien illegally present in the United States. Investigation and records of*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Lozano, Bruno
Border Patrol Agent

03/22/2022 at DEL RIO, Texas
File Date City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE          Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.        Case Number: DR:22-M -00597(1)

(1) Daniel Lares-Salas

**Continuation of Statement of Facts:**

the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 12/03/2019 through Del Rio, Tx, Intl Bridge. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____         _____
Signature of Judicial Officer                                       Signature of Complainant